# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHUCK PRICHARD**                                                        **PLAINTIFF**

**VS.**                      **4:04CV000660-WRW**

**CITY OF BRYANT, ARKANSAS a municipal
corporation, and MAYOR PAUL HALLEY**                      **DEFENDANTS**

## JUDGMENT

Under Rule 54(b), it is specifically found that there is no just cause for delaying the appeal of this partial summary judgment. Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE.

DATED this 21st day of March, 2006.

                                                           /s/ Wm. R.Wilson,Jr.
                                         UNITED STATES DISTRICT JUDGE